PATRICK N. CHAPIN, ESQ.
Nevada Bar No. 004946
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONY THUYEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY HAHN, an individual,<br><br>Defendant. | Case No. 2:16-CV-01822-RFB-PAL<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** |

COME NOW, both parties and respectfully request that the Court grant the Defendant an extension of time to respond to Plaintiff's Complaint. The Court should grant this Joint Motion for the reasons specified in the accompanying Memorandum in Support. A proposed order is also attached for the Court's convenience.

Dated this 13th day of September, 2016.

/s/ Patrick N. Chapin
Patrick N. Chapin 004946 (NV)
Attorney for Plaintiff
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, NV 89014
(702) 433-7295

/s/ Kelly Hahn
Kelly Hahn
*Pro Se*
3265 C Madison Ave.
Apt. 105
Cincinnati, OH 45209-1378
(513) 535-3192

1

## MEMORANDUM IN SUPPORT

Plaintiff, Tony Thuyen ("Plaintiff" or "Thuyen") filed suit in the instant case against Defendant, Kelly Hahn ("Defendant" or "Hahn"). Prior to this suit being filed, Hahn had filed suit against Thuyen and Prescribe Wellness LLC, in the Superior Court of Orange County, California. Thuyen lives in California and Hahn lives in Ohio. Settlement discussions to resolve both cases are in advanced stages and Thuyen and Hahn anticipate full settlement in both the instant case and the California case by the end of the current month.

However, the deadline for Hahn to answer, move or otherwise plead in response to Thuyen's Complaint is September 13, 2016. In order to allow sufficient time for the conclusion of settlement discussions, and in order to allow Hahn time to obtain counsel in Nevada should it actually be necessary for her to respond to Thuyen's Complaint, the parties have agreed, subject to the Court's approval, that the deadline may be extended 20 days to October 3, 2016.

The parties recognize that this request for an extension is being filed less than three days prior to the deadline at issue. However, extraordinary circumstances present just cause for granting the request. First, Robert F. Croskery, the managing partner of the Ohio law firm that represents Hahn, was in a serious car accident on the evening of September 6, 2016. He was hit by a driver who ran a red light, suffering a head injury and other injuries, which kept him out of work for the remainder of the week. At the same time, counsel for Thuyen was in a bench trial for much of the past week. These issues, coupled with the fact that the parties are engaged in detailed negotiations with respect to the California case as well, with the parties having counsel in three different states, has presented a major challenge and caused negotiations to take longer than they typically would. However, again, the parties anticipate having the entire litigation between them settled (and this case dismissed) by no later than the end of the month.

/ / /

/ / /

/ / /

Allowing Plaintiff extra time before being required to make a formal appearance will help facilitate settlement. Furthermore, no party would be prejudiced as a result. Granting the jointly-requested extension would therefore promote judicial economy and efficiency.

As such, the parties respectfully request that the Court grant Hahn a 20 day extension from the current deadline to answer, move or otherwise plead in response to Thuyen's Complaint.

Dated this 13th day of September, 2016.

| /s/ Patrick N. Chapin | /s/ Kelly Hahn |
|---|---|
| Patrick N. Chapin    004946 | Kelly Hahn |
| Attorney for Plaintiff | *Pro Se* |
| Patrick N. Chapin, Ltd. | 3265 C Madison Ave. |
| 129 Cassia Way | Apt. 105 |
| Henderson, NV 89014 | Cincinnati, OH 45209-1378 |
| (702) 433-7295 | (513) 535-3192 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service of the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** was made this 13th day of September, 2016, by depositing a true and correct copy with United States Postal Service, with first-class postage prepaid, addressed to the following:

Kelly Hahn
3265 C Madison Avenue #105
Cincinnati, OH 45209-1378
Defendant in Proper Person

*Cheri L. Burryman*
An Employee of Patrick N. Chapin, Ltd.

PATRICK N. CHAPIN, ESQ.
Nevada Bar No. 004946
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY THUYEN, an individual, | Case No. 2:16-CV-01822-RFB-PAL |
| Plaintiff, | |
| vs. | |
| KELLY HAHN, an individual, | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
## MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

This matter came before the Court on the parties' **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**. Said Motion is found to be well-taken and is hereby granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The deadline for Hahn to answer, move or otherwise plead in response to Thuyen's Complaint is extended by 20 days; as such Plaintiff shall have until October 3, 2016 to answer, move or otherwise plead.

**IT IS SO ORDERED.**

Dated: September 15, 2016

_____
Peggy A. Leen
United States Magistrate Judge

Respectfully submitted,

**PATRICK N. CHAPIN, ESQ.**
Nevada Bar No. 004946
Patrick N. Chapin, Ltd.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
Attorney for Plaintiff

2